**DISMISSED; Opinion Filed February 27, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00245-CV

**DONELL SMITH, Appellant**
**V.**
**EMILY BERRY BARNES SMITH, Appellee**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-17612**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Nowell

On November 29, 2018, we notified appellant that his brief did not comply with the requirements of Rule 38 of the Texas Rules of Appellate Procedure and ordered appellant to file a compliant brief no later than December 10, 2018. Although we cautioned that failure to comply with the court's order could result in dismissal of the appeal without further notice, appellant has not responded. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1); 42.3(b),(c).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

180245F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DONELL SMITH, Appellant

No. 05-18-00245-CV        V.

EMILY BERRY BARNES SMITH,
Appellee

On Appeal from the 302nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-17-17612.
Opinion delivered by Justice Nowell,
Justices Myers and Osborne participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 27th day of February, 2019.